**Dismissed and Memorandum Opinion filed January 12, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01107-CR

_____

**CARLA BERTRAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 09-CCR-146194**

---

## MEMORANDUM OPINION

This is an attempted appeal of the denial of appellant's motion to suppress and motion in limine.

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). The exceptions include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d

624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, TEX. R. APP. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

The denial of a defendant's motion to suppress is not a separately appealable order and neither is the denial of a motion in limine. *See McKown*, 915 S.W.2d at 161. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction. *See id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM



Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish -- Tex. R. App. P. 47.2(b).